# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bloch, Alan N. | USDC/WDPA | 8/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

Suite 10150, Courtroom 10A
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Member, Emeritus Board of Directors | Make-A-Wish Foundation of Western Pennsylvania (non-profit corporation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

**✔** NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Philadelphia PA Gas Works Bond (12th Series) | A | Interest | | | Redeemed | 05/15/20 | J | C | |
| 2. Coatesville PA Area School District Bond | A | Interest | | | Redeemed | 08/17/20 | J | | |
| 3. TransCanada TR Co. Bond | A | Interest | | | Buy | 01/27/20 | J | | |
| 4. -- | | | | | Sold (part) | 02/24/20 | J | A | |
| 5. -- | | | | | Sold (part) | 02/25/20 | J | A | |
| 6. -- | | | | | Sold | 04/30/20 | J | | |
| 7. Interest-PNC Bank- Checking; Virginia Manor Shops, Pgh. | A | Interest | L | T | | | | | |
| 8. Gabelli Equity Trust | B | Dividend | K | T | Buy (add'l) | 03/02/20 | J | | |
| 9. AMG Funds (Yacktman Focused Funds) Class I | A | Dividend | J | T | | | | | |
| 10. Columbia Dividend Inc. Fund Instit. Class | A | Dividend | J | T | | | | | |
| 11. Federated Funds (Federated MDT Mid Cap Growth Fund - CL IS) | A | Dividend | J | T | | | | | |
| 12. Fenimore Asset Mgmt. TR (Fam. Dividend Focused Fund) | A | Dividend | J | T | | | | | |
| 13. First Eagle Funds (First Eagle Global - Class I) | A | Dividend | J | T | | | | | |
| 14. Wasatch Funds (Small Cap Value Fund - Institutional Class I) | A | Dividend | J | T | | | | | |
| 15. Parnassus Income (Core Equity Fund - Instit. Class Shares) | A | Dividend | J | T | | | | | |
| 16. Pimco Invt. Grade Credit Bond Fund Inst. | A | Dividend | J | T | | | | | |
| 17. Legg Mason Funds (Clearbridge Large Cap Growth Fund - Class I) | A | Dividend | J | T | Sold (part) | 01/10/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -- | | | | | Sold<br>(part) | 07/10/20 | J | A | |
| 19. | -- | | | | | Sold<br>(part) | 10/09/20 | J | A | |
| 20. | AIG Focused Dividend Strat. Fund CL W | A | Dividend | J | T | | | | | |
| 21. | Value Line Asset Allocation Fund (INC Class - Instit.) | A | Dividend | J | T | Sold<br>(part) | 04/09/20 | J | A | |
| 22. | Eaton Vance Tax Adv. Div. Inome. Fund | C | Dividend | | | Buy | 02/12/20 | K | | |
| 23. | -- | | | | | Sold | 12/30/20 | K | | |
| 24. | Cohen & Steers PFD Secs. and Inc. FD Inc. CL SMA | D | Dividend | M | T | Buy | 01/27/20 | L | | |
| 25. | -- | | | | | Buy<br>(add'l) | 02/03/20 | K | | |
| 26. | -- | | | | | Buy<br>(add'l) | 02/11/20 | J | | |
| 27. | -- | | | | | Buy<br>(add'l) | 02/24/20 | J | | |
| 28. | -- | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 29. | -- | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 30. | -- | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 31. | -- | | | | | Sold<br>(part) | 06/15/20 | J | | |
| 32. | -- | | | | | Buy<br>(add'l) | 08/26/20 | J | | |
| 33. | -- | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 34. | -- | | | | | Sold<br>(part) | 10/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -- | | | | | Sold<br>(part) | 11/30/20 | J | A | |
| 36.  (Lines 37-612 are common stock unless otherwise noted) | | | | | | | | | |
| 37.  Abbvie Inc. | B | Dividend | K | T | | | | | |
| 38.  AT&T Inc. | B | Dividend | | | Sold | 12/30/20 | K | | |
| 39.  Exxon Mobile Corp. XOM (Margin) | A | Dividend | | | Sold | 02/28/20 | J | | |
| 40.  American Electric. 6.125% PFD | B | Dividend | K | T | Buy | 08/24/20 | K | | |
| 41.  Essential Utils. Inc./Aqua America Inc. 6% PFD | B | Dividend | K | T | | | | | |
| 42.  AT&T Inc. 5.625% PFD (unsecured) | B | Dividend | K | T | | | | | |
| 43.  Becton Dickinson 6.125% PFD (Series A) | B | Dividend | | | Sold | 05/14/20 | K | A | |
| 44.  Becton Dickinson 6% PFD (Series B) | B | Dividend | K | T | Buy | 06/02/20 | K | | |
| 45.  Broadcom Inc. 8% PFD (Series A) | B | Dividend | K | T | Buy | 02/28/20 | K | | |
| 46.  Capital One FIN 6% PFD (Series H) | B | Dividend | K | T | Buy | 03/19/20 | K | | |
| 47.  Crown Castle 6.875% PFD (Series A) | B | Dividend | | | Sold | 07/06/20 | K | D | |
| 48.  Dominion Energy Inc. PFD (Series A) | B | Dividend | K | T | | | | | |
| 49.  Ebay Inc. 6% PFD | B | Dividend | K | T | | | | | |
| 50.  Energizer Holdings Inc. 7.5% PFD (Series A) | B | Dividend | | | Sold | 12/30/20 | K | | |
| 51.  GMAC Cap. Trust I PFD (Series 2) | B | Dividend | K | T | Buy | 04/02/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Goldman Sachs FLT RT Non-Cum PFD | A | Dividend | K | T | Buy | 09/17/20 | K | | |
| 53. Int'l Flavors & Fragrances PFD | B | Dividend | K | T | Sold (part) | 09/30/20 | K | | |
| 54. -- | | | | | Buy (add'l) | 11/25/20 | K | | |
| 55. KKR & Co. Inc. 6% PFD (Series C) | B | Dividend | K | T | Buy | 08/19/20 | K | | |
| 56. Nextera Energy 6.219% PFD | A | Dividend | K | T | Buy | 09/30/20 | K | | |
| 57. PNC Fin. Svs. 5.375% PFD (Series Q) | B | Dividend | | | Redeemed | 09/01/20 | K | A | |
| 58. Qwest Corp. 6.625% PFD | B | Dividend | | | Redeemed (part) | 09/15/20 | K | B | |
| 59. -- | | | | | Redeemed | 10/26/20 | J | B | |
| 60. Southern Corp. 6.75% PFD (Series A) | C | Dividend | K | T | Buy | 01/23/20 | K | | |
| 61. -- | | | | | Buy (add'l) | 05/18/20 | J | | |
| 62. Stanley Black & Decker 5.25% PFD | B | Dividend | K | T | Buy (add'l) | 04/02/20 | J | | |
| 63. US Bancorp 5.15% PFD (Series H) | B | Dividend | | | Sold | 06/02/20 | K | A | |
| 64. Abbvie Inc. | A | Dividend | | | Sold | 01/27/20 | J | | |
| 65. Altria Group, Inc. | A | Dividend | | | Sold (part) | 01/09/20 | J | A | |
| 66. -- | | | | | Sold | 01/27/20 | J | A | |
| 67. AIG | A | Dividend | J | T | Buy (add'l) | 03/03/20 | J | | |
| 68. -- | | | | | Sold | 10/01/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -- | | | | | Buy | 11/02/20 | J | | |
| 70. -- | | | | | Buy (add'l) | 11/25/20 | J | | |
| 71. AmCorp | A | Dividend | | | Sold | 01/27/20 | J | A | |
| 72. American Tower Corp. REIT | A | Dividend | J | T | Buy (add'l) | 01/27/20 | J | | |
| 73. -- | | | | | Sold (part) | 04/13/20 | J | B | |
| 74. -- | | | | | Buy (add'l) | 08/19/20 | J | | |
| 75. AmGen Inc. | A | Dividend | | | Sold (part) | 01/23/20 | J | A | |
| 76. -- | | | | | Sold | 01/27/20 | J | A | |
| 77. Analog Devices Inc. | A | Dividend | J | T | | | | | |
| 78. Anheuser-Busch Imbev. | A | Dividend | | | Buy (add'l) | 01/22/20 | J | | |
| 79. -- | | | | | Sold (part) | 03/13/20 | J | | |
| 80. -- | | | | | Sold (part) | 03/16/20 | J | | |
| 81. -- | | | | | Sold (part) | 03/17/20 | J | | |
| 82. -- | | | | | Sold (part) | 03/18/20 | J | | |
| 83. -- | | | | | Sold | 03/19/20 | J | | |
| 84. Apollo Global Mgmt. - Class A | A | Dividend | J | T | Buy (add'l) | 03/25/20 | J | | |
| 85. -- | | | | | Buy (add'l) | 10/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Apple Inc. | A | Dividend | K | T | | | | | |
| 87. Ares Capital Corp. | A | Dividend | J | T | | | | | |
| 88. AT&T Inc. | A | Dividend | | | Sold | 01/27/20 | K | C | |
| 89. Bank of America Corp. | A | Dividend | J | T | Buy (add'l) | 01/27/20 | J | | |
| 90. -- | | | | | Sold (part) | 04/09/20 | J | A | |
| 91. -- | | | | | Sold (part) | 04/15/20 | J | A | |
| 92. BCE Inc. | A | Dividend | | | Sold | 01/27/20 | J | A | |
| 93. Becton Dickinson & Co. | A | Dividend | J | T | Buy | 03/06/20 | J | | |
| 94. -- | | | | | Buy (add'l) | 03/10/20 | J | | |
| 95. -- | | | | | Buy (add'l) | 03/20/20 | J | | |
| 96. -- | | | | | Buy (add'l) | 03/23/20 | J | | |
| 97. -- | | | | | Buy (add'l) | 03/26/20 | J | | |
| 98. -- | | | | | Buy (add'l) | 06/11/20 | J | | |
| 99. Blackstone Group Inc. Class A | A | Dividend | K | T | | | | | |
| 100. Boston Properties Inc. REIT | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 101. -- | | | | | Buy (add'l) | 03/23/20 | J | | |
| 102. -- | | | | | Buy (add'l) | 03/24/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -- | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 104.  BP PLC | A | Dividend | | | Sold | 01/27/20 | K | | |
| 105.  British American. Tob. | A | Dividend | | | Sold | 01/27/20 | J | A | |
| 106.  Broadcom Inc. | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 107.  -- | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 108.  -- | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 109.  -- | | | | | Buy<br>(add'l) | 07/13/20 | J | | |
| 110.  Broadridge Fin. Solutions | A | Dividend | K | T | | | | | |
| 111.  CDN Imperial Bank | A | Dividend | | | Sold | 01/27/20 | K | A | |
| 112.  Charles Schwab 5.95% PFD (Series D) | A | Dividend | | | Buy | 01/27/20 | J | | |
| 113.  -- | | | | | Sold | 01/28/20 | J | | |
| 114.  Carnival Corp. | A | Dividend | | | Buy | 02/26/20 | J | | |
| 115.  -- | | | | | Sold | 03/13/20 | J | | |
| 116.  Carrier Global Corp. | A | Dividend | | | Buy | 04/20/20 | J | | |
| 117.  -- | | | | | Sold<br>(part) | 08/17/20 | J | A | |
| 118.  -- | | | | | Sold<br>(part) | 08/18/20 | J | A | |
| 119.  -- | | | | | Sold | 08/19/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Chevron Corp. | A | Dividend | J | T | Buy (add'l) | 01/09/20 | J | | |
| 121. -- | | | | | Sold (part) | 01/27/20 | J | B | |
| 122. -- | | | | | Sold | 10/01/20 | J | | |
| 123. -- | | | | | Buy | 11/02/20 | J | | |
| 124. Chubb Ltd. | A | Dividend | J | T | | | | | |
| 125. Cisco Systems | A | Dividend | K | T | Buy (add'l) | 01/09/20 | J | | |
| 126. -- | | | | | Buy (add'l) | 01/22/20 | J | | |
| 127. -- | | | | | Sold (part) | 01/27/20 | J | A | |
| 128. -- | | | | | Sold (part) | 04/17/20 | J | | |
| 129. -- | | | | | Sold | 05/01/20 | J | | |
| 130. -- | | | | | Buy | 07/01/20 | J | | |
| 131. -- | | | | | Sold | 10/01/20 | J | | |
| 132. -- | | | | | Buy | 11/02/20 | K | | |
| 133. Coca-Cola Co. | A | Dividend | J | T | Sold (part) | 01/09/20 | J | | |
| 134. -- | | | | | Sold (part) | 01/27/20 | J | C | |
| 135. -- | | | | | Buy (add'l) | 03/13/20 | J | | |
| 136. Colgate-Palmolive Co. | A | Dividend | K | T | Buy | 01/28/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Comcast Corp. New CL A | A | Dividend | K | T | | | | | |
| 138. DIAGEO PLC | A | Dividend | K | T | | | | | |
| 139. Digital Realty Trust Inc. | A | Dividend | K | T | | | | | |
| 140. Walt Disney Co. | A | Dividend | J | T | Sold<br>(part) | 04/07/20 | J | | |
| 141. -- | | | | | Sold<br>(part) | 04/14/20 | J | | |
| 142. Dominion Energy. Inc. | A | Dividend | | | Sold<br>(part) | 01/09/20 | J | A | |
| 143. -- | | | | | Sold | 01/27/20 | K | B | |
| 144. Dow Inc. | A | Dividend | K | T | Buy<br>(add'l) | 01/06/20 | J | | |
| 145. -- | | | | | Sold<br>(part) | 10/01/20 | J | | |
| 146. -- | | | | | Buy<br>(add'l) | 11/02/20 | J | | |
| 147. Duke Energy Corp. | A | Dividend | | | Sold | 01/27/20 | K | C | |
| 148. Ecolab Inc. | A | Dividend | J | T | Buy<br>(add'l) | 01/27/20 | J | | |
| 149. -- | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 150. -- | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 151. -- | | | | | Buy<br>(add'l) | 08/19/20 | J | | |
| 152. Edison Int'l | A | Dividend | J | T | Buy<br>(add'l) | 03/03/20 | J | | |
| 153. -- | | | | | Buy<br>(add'l) | 03/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -- | | | | | Buy (add'l) | 04/06/20 | J | | |
| 155.  -- | | | | | Sold | 10/01/20 | J | | |
| 156.  -- | | | | | Buy | 11/02/20 | J | | |
| 157.  Enbridge Inc. | A | Dividend | J | T | Sold (part) | 01/27/20 | J | A | |
| 158.  -- | | | | | Sold | 10/01/20 | J | | |
| 159.  -- | | | | | Buy | 11/02/20 | J | | |
| 160.  Entergy Corp. New | A | Dividend | J | T | | | | | |
| 161.  Exxon Mobile Corp. | A | Dividend | | | Buy | 01/09/20 | K | | |
| 162.  -- | | | | | Sold (part) | 01/27/20 | K | | |
| 163.  -- | | | | | Sold (part) | 03/30/20 | J | | |
| 164.  -- | | | | | Sold | 09/24/20 | J | | |
| 165.  Fastenal Co. | A | Dividend | K | T | | | | | |
| 166.  FNF Group | A | Dividend | K | T | Buy (add'l) | 09/23/20 | J | | |
| 167.  Gilead Sciences Inc. | A | Dividend | K | T | Buy (add'l) | 01/09/20 | J | | |
| 168.  -- | | | | | Buy (add'l) | 01/23/20 | J | | |
| 169.  -- | | | | | Sold (part) | 01/27/20 | J | A | |
| 170.  GlaxoSmithKline PLC | A | Dividend | | | Buy (add'l) | 01/10/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -- | | | | | Sold | 01/27/20 | K | C | |
| 172.  Graco Inc. | A | Dividend | K | T | | | | | |
| 173.  Home Depot Inc. | A | Dividend | J | T | Sold (part) | 04/08/20 | J | A | |
| 174.  Huntington Bancshares | A | Dividend | | | Sold (part) | 01/09/20 | J | A | |
| 175.  -- | | | | | Sold | 01/27/20 | J | A | |
| 176.  Investco Ltd. | A | Dividend | | | Buy | 01/09/20 | J | | |
| 177.  -- | | | | | Sold | 01/27/20 | J | | |
| 178.  Intel Corp. | A | Dividend | | | Sold | 11/12/20 | J | A | |
| 179.  International Paper Co. | A | Dividend | J | T | Buy (add'l) | 01/27/20 | J | | |
| 180.  -- | | | | | Sold (part) | 11/13/20 | J | A | |
| 181.  -- | | | | | Sold (part) | 11/18/20 | J | A | |
| 182.  I-Shares ETF (Core S&P) | B | Dividend | | | Sold | 01/06/20 | J | A | |
| 183.  -- | | | | | Buy | 10/02/20 | J | | |
| 184.  -- | | | | | Sold | 11/02/20 | J | A | |
| 185.  I-Shares Select ETF (Dividend Fund) | A | Dividend | | | Sold | 01/09/20 | L | B | |
| 186.  Johnson & Johnson | A | Dividend | J | T | Buy (add'l) | 01/27/20 | J | | |
| 187.  -- | | | | | Sold (part) | 04/13/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Kimberly-Clark Corp. | A | Dividend | | | Sold | 01/27/20 | J | A | |
| 189.  Kinder Morgan Inc. | A | Dividend | J | T | Sold | 10/01/20 | J | | |
| 190.  -- | | | | | Buy | 11/02/20 | K | | |
| 191.  -- | | | | | Sold (part) | 12/01/20 | J | B | |
| 192.  -- | | | | | Sold (part) | 12/02/20 | J | A | |
| 193.  -- | | | | | Sold (part) | 12/09/20 | J | A | |
| 194.  -- | | | | | Sold (part) | 12/14/20 | J | A | |
| 195.  -- | | | | | Sold (part) | 12/16/20 | J | A | |
| 196.  Linde PLC | A | Dividend | K | T | | | | | |
| 197.  Lockheed Martin Corp. | A | Dividend | K | T | | | | | |
| 198.  Lyondellbasell | A | Dividend | | | Sold (part) | 01/09/20 | J | A | |
| 199.  -- | | | | | Sold | 01/27/20 | J | A | |
| 200.  Mastercard Inc. Class A | A | Dividend | J | T | Sold (part) | 04/13/20 | J | A | |
| 201.  McDonald's | A | Dividend | | | Sold (part) | 03/09/20 | J | A | |
| 202.  -- | | | | | Sold (part) | 04/02/20 | J | B | |
| 203.  -- | | | | | Sold (part) | 04/06/20 | J | A | |
| 204.  -- | | | | | Sold | 04/07/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Merck & Co. Inc. New | A | Dividend | J | T | Sold<br>(part) | 04/13/20 | J | A | |
| 206. -- | | | | | Buy<br>(add'l) | 08/19/20 | J | | |
| 207. MetLife Inc. | A | Dividend | J | T | Sold | 10/01/20 | J | | |
| 208. -- | | | | | Buy | 11/02/20 | J | | |
| 209. -- | | | | | Buy<br>(add'l) | 11/25/20 | J | | |
| 210. Microsoft Corp. | A | Dividend | K | T | Buy<br>(add'l) | 01/22/20 | J | | |
| 211. -- | | | | | Sold<br>(part) | 02/14/20 | J | D | |
| 212. -- | | | | | Sold<br>(part) | 04/13/20 | J | B | |
| 213. -- | | | | | Sold<br>(part) | 07/24/20 | J | C | |
| 214. Mondelez Int'l | A | Dividend | J | T | Buy<br>(add'l) | 03/13/20 | J | | |
| 215. -- | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 216. National Grid PLC | A | Dividend | | | Sold | 01/27/20 | J | A | |
| 217. Nestle SA Reg. ADR | A | Dividend | K | T | Buy<br>(add'l) | 03/13/20 | J | | |
| 218. Nextera Energy Inc. | A | Dividend | J | T | Buy<br>(add'l) | 03/13/20 | J | | |
| 219. -- | | | | | Sold<br>(part) | 08/10/20 | J | B | |
| 220. Northern Trust Corp. | A | Dividend | J | T | | | | | |
| 221. Northrop Grumman Corp. | A | Dividend | J | T | Buy | 10/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -- | | | | | Buy (add'l) | 10/29/20 | J | | |
| 223.  -- | | | | | Buy (add'l) | 11/04/20 | J | | |
| 224.  NXP Semiconductors | A | Dividend | | | Sold | 02/26/20 | K | D | |
| 225.  Occidental Pete Corp. | A | Dividend | | | Buy | 01/09/20 | J | | |
| 226.  -- | | | | | Sold (part) | 01/23/20 | J | | |
| 227.  -- | | | | | Sold | 01/27/20 | J | | |
| 228.  Oracle Corp. | A | Dividend | J | T | Buy | 09/23/20 | J | | |
| 229.  -- | | | | | Buy (add'l) | 09/24/20 | J | | |
| 230.  -- | | | | | Buy (add'l) | 10/26/20 | J | | |
| 231.  -- | | | | | Buy (add'l) | 10/29/20 | J | | |
| 232.  Otis Worldwide Corp. | A | Dividend | J | T | Buy | 04/03/20 | J | | |
| 233.  -- | | | | | Buy (add'l) | 04/09/20 | J | | |
| 234.  PPG Indus. Inc. | A | Dividend | K | T | Buy (add'l) | 03/20/20 | J | | |
| 235.  -- | | | | | Sold (part) | 07/17/20 | J | A | |
| 236.  Paychex Inc. | A | Dividend | K | T | | | | | |
| 237.  Pepsico Inc. | A | Dividend | K | T | Sold (part) | 01/27/20 | J | B | |
| 238.  Pfizer Inc. | B | Dividend | K | T | Buy (add'l) | 01/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  -- | | | | | Sold<br>(part) | 01/27/20 | J | C | |
| 240.  -- | | | | | Buy<br>(add'l) | 02/27/20 | J | | |
| 241.  -- | | | | | Sold | 10/01/20 | J | | |
| 242.  -- | | | | | Buy | 11/02/20 | K | | |
| 243.  Philip Morris Int'l | A | Dividend | | | Sold | 01/27/20 | K | A | |
| 244.  PNC Fin. Srvs. | A | Dividend | J | T | Sold<br>(part) | 01/23/20 | J | A | |
| 245.  -- | | | | | Sold<br>(part) | 01/27/20 | J | A | |
| 246.  -- | | | | | Sold<br>(part) | 04/09/20 | J | | |
| 247.  -- | | | | | Sold<br>(part) | 04/15/20 | J | | |
| 248.  -- | | | | | Sold | 10/01/20 | J | | |
| 249.  -- | | | | | Buy | 11/02/20 | J | | |
| 250.  Polaris Inc. | A | Dividend | J | T | Buy<br>(add'l) | 04/07/20 | J | | |
| 251.  PPL Corp. | A | Dividend | | | Sold | 01/27/20 | J | A | |
| 252.  Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 253.  Progressive Corp. Ohio | A | Dividend | K | T | | | | | |
| 254.  Public Svc. Enterprise Group | A | Dividend | J | T | Buy | 04/07/20 | J | | |
| 255.  -- | | | | | Buy<br>(add'l) | 04/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  -- | | | | | Buy<br>(add'l) | 04/09/20 | J | | |
| 257.  -- | | | | | Buy<br>(add'l) | 04/13/20 | J | | |
| 258.  -- | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 259.  -- | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 260.  -- | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 261.  -- | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 262.  -- | | | | | Buy<br>(add'l) | 09/24/20 | J | | |
| 263.  Rayonier Inc. | A | Dividend | J | T | | | | | |
| 264.  Raytheon Co. | A | Dividend | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 265.  -- | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 266.  -- | | | | | Merged<br>(with line 267) | 04/03/20 | J | | |
| 267.  Raytheon Technologies Corp. | A | Dividend | K | T | Open | 04/03/20 | J | | |
| 268.  -- | | | | | Sold<br>(part) | 04/13/20 | J | A | |
| 269.  -- | | | | | Sold | 10/01/20 | J | | |
| 270.  -- | | | | | Buy | 11/02/20 | K | | |
| 271.  Realty Income Corp. | A | Dividend | | | Sold | 01/27/20 | J | B | |
| 272.  Regions Fin. Corp. | A | Dividend | | | Sold | 01/27/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  Royal Dutch Shell | A | Dividend | | | Sold | 01/27/20 | J | | |
| 274.  Sempra Energy | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 275.  -- | | | | | Buy<br>(add'l) | 08/12/20 | J | | |
| 276.  -- | | | | | Buy<br>(add'l) | 10/19/20 | J | | |
| 277.  -- | | | | | Buy<br>(add'l) | 12/17/20 | J | | |
| 278.  -- | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 279.  SL Green Realty Corp. | B | Dividend | K | T | Sold | 10/01/20 | J | | |
| 280.  -- | | | | | Buy | 11/02/20 | K | | |
| 281.  Snap On Inc. | A | Dividend | K | T | Buy | 02/25/20 | K | | |
| 282.  The Southern Co. | A | Dividend | K | T | Sold<br>(part) | 01/27/20 | J | C | |
| 283.  SPDR S&P 500 Trust | B | Dividend | | | Sold | 01/22/20 | J | A | |
| 284.  -- | | | | | Buy | 10/01/20 | L | | |
| 285.  -- | | | | | Sold | 11/02/20 | L | | |
| 286.  Sysco Corp. | A | Dividend | | | Sold<br>(part) | 03/24/20 | J | | |
| 287.  -- | | | | | Sold<br>(part) | 03/27/20 | J | | |
| 288.  -- | | | | | Sold | 03/30/20 | J | A | |
| 289.  TC Energy Corp. | A | Dividend | | | Sold | 01/27/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. Texas Instruments Inc. | A | Dividend | J | T | | | | | |
| 291. Tiffany & Co. New | A | Dividend | K | T | | | | | |
| 292. Travelers Cos. | A | Dividend | J | T | Buy (add'l) | 01/27/20 | J | | |
| 293. -- | | | | | Buy (add'l) | 09/23/20 | J | | |
| 294. -- | | | | | Buy (add'l) | 09/24/20 | J | | |
| 295. -- | | | | | Buy (add'l) | 10/20/20 | J | | |
| 296. Unilever | A | Dividend | | | Buy | 01/23/20 | J | | |
| 297. -- | | | | | Sold | 01/27/20 | J | | |
| 298. Union Pacific Corp. | A | Dividend | J | T | Buy (add'l) | 10/23/20 | J | | |
| 299. -- | | | | | Buy (add'l) | 11/02/20 | J | | |
| 300. UPS | A | Dividend | J | T | Buy (add'l) | 01/09/20 | J | | |
| 301. -- | | | | | Sold (part) | 01/27/20 | J | A | |
| 302. -- | | | | | Sold (part) | 04/29/20 | J | | |
| 303. United Technologies Corp. | A | Dividend | | | Buy (add'l) | 03/26/20 | J | | |
| 304. -- | | | | | Distributed | 04/07/20 | J | | |
| 305. United Health Group Inc. | A | Dividend | J | T | Buy (add'l) | 07/17/20 | J | | |
| 306. US Bancorp New | A | Dividend | J | T | Buy (add'l) | 01/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  -- | | | | | Buy (add'l) | 03/25/20 | J | | |
| 308.  -- | | | | | Sold (part) | 04/09/20 | J | | |
| 309.  -- | | | | | Sold (part) | 04/15/20 | J | | |
| 310.  -- | | | | | Sold | 10/01/20 | J | | |
| 311.  -- | | | | | Buy | 11/02/20 | J | | |
| 312.  Ventas Inc. | A | Dividend | | | Sold | 01/27/20 | J | A | |
| 313.  Verizon Communications | A | Dividend | J | T | Buy (add'l) | 01/09/20 | J | | |
| 314.  -- | | | | | Sold (part) | 01/27/20 | K | C | |
| 315.  -- | | | | | Sold (part) | 04/13/20 | J | A | |
| 316.  Viatris Inc. | A | Dividend | J | T | Buy | 11/17/20 | J | | |
| 317.  -- | | | | | Sold (part) | 11/20/20 | J | | |
| 318.  Visa Inc. Class A | A | Dividend | J | T | Buy (add'l) | 08/19/20 | J | | |
| 319.  Vodaphone Group PLC New | A | Dividend | | | Buy | 01/09/20 | J | | |
| 320.  -- | | | | | Sold | 01/27/20 | J | A | |
| 321.  Vulcan Materials | A | Dividend | J | T | Buy (add'l) | 02/27/20 | J | | |
| 322.  Waste Management Inc. DEL | A | Dividend | J | T | Buy (add'l) | 11/03/20 | J | | |
| 323.  WEC Energy Group Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  Wells Fargo & Co. New | A | Dividend | | | Buy (add'l) | 01/27/20 | J | | |
| 325.  -- | | | | | Sold (part) | 04/09/20 | J | | |
| 326.  -- | | | | | Sold | 05/13/20 | J | | |
| 327.  Welltower Inc. | A | Dividend | | | Sold | 01/27/20 | J | A | |
| 328.  Weyerhaeuser Co. | A | Dividend | K | T | | | | | |
| 329.  Williams Cos. | A | Dividend | J | T | Buy (add'l) | 01/27/20 | J | | |
| 330.  -- | | | | | Buy (add'l) | 02/10/20 | J | | |
| 331.  -- | | | | | Sold (part) | 04/13/20 | J | | |
| 332.  -- | | | | | Sold | 10/01/20 | J | | |
| 333.  -- | | | | | Buy | 11/02/20 | J | | |
| 334.  Zoetis Inc. Class A | A | Dividend | J | T | Sold (part) | 04/13/20 | J | B | |
| 335.  3M Co. | A | Dividend | K | T | Buy (add'l) | 01/28/20 | J | | |
| 336.  -- | | | | | Sold (part) | 03/20/20 | J | | |
| 337.  -- | | | | | Sold (part) | 07/02/20 | J | | |
| 338.  -- | | | | | Sold (part) | 07/06/20 | J | | |
| 339.  Aegon Funding Co. 5.1% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 340.  -- | | | | | Buy (add'l) | 02/05/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.  -- | | | | | Buy<br>(add'l) | 02/11/20 | J | | |
| 342.  Affil. Mgr. Grp. 4.75% PFD | A | Dividend | J | T | Buy | 10/08/20 | J | | |
| 343.  -- | | | | | Buy<br>(add'l) | 10/09/20 | J | | |
| 344.  AIG PRD 5.85% PFD (Series A) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 345.  -- | | | | | Sold<br>(part) | 10/05/20 | J | A | |
| 346.  -- | | | | | Sold<br>(part) | 10/06/20 | J | A | |
| 347.  Algonquin Power 6.875% PFD | A | Dividend | J | T | Buy | 03/06/20 | J | | |
| 348.  -- | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 349.  Allstate Corp. 5.1% PFD (Series H) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 350.  -- | | | | | Buy<br>(add'l) | 02/24/20 | J | | |
| 351.  -- | | | | | Sold<br>(part) | 08/26/20 | J | A | |
| 352.  American Finl. 5.875% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 353.  -- | | | | | Buy<br>(add'l) | 04/28/20 | J | | |
| 354.  -- | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 355.  American Homes 4 Rent 6.35% PFD (Series E) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 356.  -- | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 357.  American Homes 4 Rent 6.5% PFD (Series D) | A | Dividend | J | T | Buy | 01/27/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  Arch Cap. Group 5.25% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 359.  Ares Mgmt. Group 7% PFD (Series A) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 360.  AT&T Inc. 5.625% PFD (Unsecured) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 361.  -- | | | | | Sold<br>(part) | 03/06/20 | J | | |
| 362.  -- | | | | | Sold<br>(part) | 12/29/20 | J | A | |
| 363.  AT&T Inc. 5% PFD Perp. | A | Dividend | J | T | Buy | 02/18/20 | J | | |
| 364.  Athene Holdings 6.35% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 365.  -- | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 366.  -- | | | | | Sold<br>(part) | 04/28/20 | J | | |
| 367.  Athene Holding 6.375% PFD Fixed FLT | A | Dividend | J | T | Buy | 06/09/20 | J | | |
| 368.  AXIS Cap. Holdings LTD. 5.5% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 369.  -- | | | | | Buy<br>(add'l) | 08/26/20 | J | | |
| 370.  Bank of America Corp. 5% PFD Perp. | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 371.  -- | | | | | Buy<br>(add'l) | 10/23/20 | J | | |
| 372.  Bank of America 6% PFD Perp. | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 373.  -- | | | | | Sold<br>(part) | 01/28/20 | J | | |
| 374.  -- | | | | | Sold<br>(part) | 02/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  -- | | | | | Sold<br>(part) | 06/11/20 | J | | |
| 376.  -- | | | | | Sold<br>(part) | 08/24/20 | J | | |
| 377.  -- | | | | | Sold<br>(part) | 08/25/20 | J | | |
| 378.  -- | | | | | Sold<br>(part) | 10/12/20 | J | | |
| 379.  Bank of America 6% PFD (Series EE) | A | Dividend | | | Buy | 01/27/20 | J | | |
| 380.  -- | | | | | Sold<br>(part) | 09/23/20 | J | | |
| 381.  -- | | | | | Sold<br>(part) | 09/30/20 | J | | |
| 382.  -- | | | | | Sold<br>(part) | 10/05/20 | J | | |
| 383.  -- | | | | | Sold | 10/06/20 | J | | |
| 384.  Bank of America 6.2% PFD (Series CC) | A | Dividend | | | Buy | 01/27/20 | J | | |
| 385.  -- | | | | | Sold | 01/31/20 | J | A | |
| 386.  Berkley WR Corp. 5.7% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 387.  -- | | | | | Sold<br>(part) | 03/06/20 | J | | |
| 388.  -- | | | | | Buy<br>(add'l) | 04/28/20 | J | | |
| 389.  -- | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 390.  -- | | | | | Sold<br>(part) | 11/17/20 | J | A | |
| 391.  -- | | | | | Sold<br>(part) | 11/18/20 | J | A | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Brighthouse Fin. 5.375% PFD (Series C) | A | Dividend | J | T | Buy | 11/13/20 | J | | |
| 393. -- | | | | | Buy (add'l) | 11/18/20 | J | | |
| 394. Brookfield 4.625% PFD | A | Dividend | J | T | Buy | 10/13/20 | J | | |
| 395. -- | | | | | Buy (add'l) | 11/18/20 | J | | |
| 396. Capital One Fin. 6% PFD (Series H) | A | Dividend | | | Buy | 01/27/20 | J | | |
| 397. -- | | | | | Sold | 06/09/20 | J | | |
| 398. CHS Inc. 7.5% PFD Cum. Perp. | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 399. -- | | | | | Sold (part) | 02/24/20 | J | A | |
| 400. -- | | | | | Sold (part) | 02/25/20 | J | | |
| 401. -- | | | | | Sold (part) | 08/26/20 | J | A | |
| 402. CHS Inc. Var. PFD Fixed FLT (Series 2) Cum | A | Dividend | | | Buy | 01/27/20 | J | | |
| 403. -- | | | | | Sold (part) | 02/11/20 | J | A | |
| 404. -- | | | | | Sold | 02/12/20 | J | A | |
| 405. Citizens Finl. 6.35% PFD Non-Cum FTF Perp. | A | Dividend | | | Buy | 03/20/20 | J | | |
| 406. -- | | | | | Sold (part) | 08/26/20 | J | A | |
| 407. -- | | | | | Sold (part) | 08/27/20 | J | A | |
| 408. -- | | | | | Sold (part) | 10/08/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  -- | | | | | Sold | 10/09/20 | J | A | |
| 410.  CMS Energy 5.875% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 411.  -- | | | | | Buy (add'l) | 02/18/20 | J | | |
| 412.  -- | | | | | Sold (part) | 05/05/20 | J | | |
| 413.  -- | | | | | Sold (part) | 06/09/20 | J | | |
| 414.  -- | | | | | Buy (add'l) | 07/01/20 | J | | |
| 415.  Citigroup Inc. 6.3% PFD (Series S) | A | Dividend | | | Buy | 01/27/20 | J | | |
| 416.  -- | | | | | Sold | 01/31/20 | J | | |
| 417.  Citigroup Inc. Var. PFD (Series K) | A | Dividend | | | Buy | 01/27/20 | J | | |
| 418.  -- | | | | | Sold | 01/31/20 | J | A | |
| 419.  Citigroup Inc. Perpetual PFD Fixed FLT Bonds | A | Dividend | | | Buy | 01/27/20 | J | | |
| 420.  -- | | | | | Sold | 01/31/20 | J | A | |
| 421.  Citigroup Var. 7.125% PFD Fixed FLT Non-Cum Perp. | A | Dividend | | | Buy | 01/27/20 | J | | |
| 422.  -- | | | | | Sold | 03/06/20 | J | | |
| 423.  Digital Realty 6.625% PFD TR INC C Cum Perp. | A | Dividend | | | Buy | 01/27/20 | J | | |
| 424.  -- | | | | | Sold | 03/06/20 | J | | |
| 425.  Duke Energy 5.75% PFD (Series A) | A | Dividend | J | T | Buy | 01/27/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.  -- | | | | | Sold (part) | 01/31/20 | J | A | |
| 427.  -- | | | | | Sold (part) | 02/11/20 | J | A | |
| 428.  -- | | | | | Sold (part) | 03/06/20 | J | | |
| 429.  -- | | | | | Sold (part) | 08/05/20 | J | A | |
| 430.  -- | | | | | Sold (part) | 08/06/20 | J | A | |
| 431.  -- | | | | | Sold (part) | 08/26/20 | J | A | |
| 432.  Enbridge Inc. 6.375% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 433.  -- | | | | | Sold (part) | 01/28/20 | J | | |
| 434.  -- | | | | | Sold (part) | 02/05/20 | J | | |
| 435.  -- | | | | | Sold (part) | 03/06/20 | J | | |
| 436.  -- | | | | | Sold (part) | 04/28/20 | J | | |
| 437.  -- | | | | | Sold (part) | 12/29/20 | J | | |
| 438.  -- | | | | | Sold (part) | 12/30/20 | J | | |
| 439.  First Republic Bank 4.7% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 440.  First Republic Bank 4.125% PFD (Series K) | A | Dividend | J | T | Buy | 09/23/20 | J | | |
| 441.  Ford Motor Co. 6.2% PFD | A | Dividend | | | Buy | 02/05/20 | J | | |
| 442.  -- | | | | | Buy (add'l) | 02/06/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.  -- | | | | | Sold | 04/07/20 | J | | |
| 444.  GMAC Cap. Trust I (Series 2) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 445.  -- | | | | | Sold (part) | 02/03/20 | J | A | |
| 446.  -- | | | | | Buy (add'l) | 09/21/20 | J | | |
| 447.  -- | | | | | Buy (add'l) | 10/08/20 | J | | |
| 448.  Goldman Sachs Var. PFD (Series J) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 449.  -- | | | | | Buy (add'l) | 02/24/20 | J | | |
| 450.  -- | | | | | Sold (part) | 10/08/20 | J | A | |
| 451.  Hanover Ins. Group 6.35% PFD | A | Dividend | | | Buy | 01/27/20 | J | | |
| 452.  -- | | | | | Sold (part) | 02/24/20 | J | | |
| 453.  -- | | | | | Sold | 03/02/20 | J | | |
| 454.  Huntington Bancshs. 6.25% PFD (Series D) | A | Dividend | | | Buy | 01/27/20 | J | | |
| 455.  -- | | | | | Sold | 02/11/20 | J | | |
| 456.  Integrys Energy 6% PFD Fixed FLT | A | Dividend | | | Buy | 01/27/20 | J | | |
| 457.  -- | | | | | Sold | 02/25/20 | J | | |
| 458.  JP Morgan 5.75 % PFD (Series DD) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 459.  -- | | | | | Buy (add'l) | 02/24/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. JP Morgan 6% PFD (Series EE) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 461. -- | | | | | Sold (part) | 11/17/20 | J | A | |
| 462. JP Morgan 6.15% PFD (Series BB) | A | Dividend | | | Buy | 01/27/20 | J | | |
| 463. -- | | | | | Sold | 01/31/20 | J | | |
| 464. JP Morgan 6.125% PFD Perp. | A | Dividend | | | Buy | 01/27/20 | J | | |
| 465. -- | | | | | Redeemed | 03/02/20 | J | | |
| 466. KeyCorp 5.65% PFD | A | Dividend | J | T | Buy | 03/06/20 | J | | |
| 467. -- | | | | | Buy (add'l) | 07/01/20 | J | | |
| 468. -- | | | | | Sold (part) | 12/17/20 | J | A | |
| 469. -- | | | | | Sold (part) | 12/18/20 | J | A | |
| 470. Legg Mason 5.45% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 471. Monmouth REIT 6.125% PFD (Series C) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 472. -- | | | | | Buy (add'l) | 03/06/20 | J | | |
| 473. Morgan Stanley Var. PFD Fixed FLT (Series F) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 474. Morgan Stanley 5.85% PFD (Series K) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 475. -- | | | | | Sold (part) | 08/05/20 | J | | |
| 476. -- | | | | | Sold (part) | 08/06/20 | J | | |

1 Income Gain Codes: A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
(See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
(See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000
3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
(See Column C2) | U =Book Value | V =Other | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477.  Morgan Stanley 6.375% PFD (Series I) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 478.  -- | | | | | Sold<br>(part) | 02/11/20 | J | A | |
| 479.  -- | | | | | Sold<br>(part) | 02/12/20 | J | A | |
| 480.  -- | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 481.  -- | | | | | Sold<br>(part) | 08/05/20 | J | | |
| 482.  -- | | | | | Sold<br>(part) | 08/26/20 | J | | |
| 483.  -- | | | | | Sold<br>(part) | 08/27/20 | J | | |
| 484.  -- | | | | | Sold<br>(part) | 10/08/20 | J | | |
| 485.  -- | | | | | Sold<br>(part) | 10/29/20 | J | | |
| 486.  National Retail 5.2% PFD (Series F) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 487.  -- | | | | | Sold<br>(part) | 03/06/20 | J | | |
| 488.  National Storage 6% PFD (Series A) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 489.  -- | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 490.  New York Comm. Bancorp. (Series A) PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 491.  -- | | | | | Sold<br>(part) | 11/18/20 | J | A | |
| 492.  -- | | | | | Sold<br>(part) | 11/19/20 | J | | |
| 493.  Nextera 5.65% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494.  -- | | | | | Sold<br>(part) | 08/26/20 | J | A | |
| 495.  -- | | | | | Sold<br>(part) | 10/12/20 | J | A | |
| 496.  -- | | | | | Sold<br>(part) | 11/17/20 | J | A | |
| 497.  Nisource Inc. 6.5% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 498.  -- | | | | | Sold<br>(part) | 08/26/20 | J | | |
| 499.  -- | | | | | Sold<br>(part) | 08/27/20 | J | | |
| 500.  -- | | | | | Sold<br>(part) | 12/17/20 | J | | |
| 501.  Partnerre Ltd. 5.875% PFD (Series I) | A | Dividend | | | Buy | 01/27/20 | J | | |
| 502.  -- | | | | | Sold<br>(part) | 03/02/20 | J | | |
| 503.  -- | | | | | Sold | 03/03/20 | J | | |
| 504.  Partnerre Ltd. 6.5% PFD (Series G) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 505.  -- | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 506.  -- | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 507.  PS Bus Parks 5.2% PFD (Series W) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 508.  -- | | | | | Buy<br>(add'l) | 04/28/20 | J | | |
| 509.  Public STG 4.625% PFD (Series L) | A | Dividend | J | T | Buy | 06/17/20 | J | | |
| 510.  Regions Fin. Corp. 5.7% PFD Fixed FLT | A | Dividend | J | T | Buy | 01/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511.  -- | | | | | Sold<br>(part) | 02/11/20 | J | A | |
| 512.  -- | | | | | Sold<br>(part) | 02/12/20 | J | A | |
| 513.  -- | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 514.  -- | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 515.  -- | | | | | Buy<br>(add'l) | 04/28/20 | J | | |
| 516.  -- | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 517.  -- | | | | | Sold<br>(part) | 06/01/20 | J | | |
| 518.  Regions Finl. Ver. PFD (Series B) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 519.  -- | | | | | Sold<br>(part) | 02/24/20 | J | | |
| 520.  -- | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 521.  -- | | | | | Sold<br>(part) | 10/05/20 | J | | |
| 522.  -- | | | | | Sold<br>(part) | 10/06/20 | J | | |
| 523.  -- | | | | | Sold<br>(part) | 11/17/20 | J | A | |
| 524.  -- | | | | | Sold<br>(part) | 11/18/20 | J | | |
| 525.  Reinsurance Group Amer. 6.2% PFD Fixed FLT | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 526.  -- | | | | | Sold<br>(part) | 01/28/20 | J | | |
| 527.  -- | | | | | Buy<br>(add'l) | 07/15/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528.  -- | | | | | Buy<br>(add'l) | 07/29/20 | J | | |
| 529.  -- | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 530.  -- | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 531.  Reinsurance Grp. Amer. PFD Fixed FLT | A | Dividend | J | T | Buy | 07/15/20 | J | | |
| 532.  -- | | | | | Buy<br>(add'l) | 07/29/20 | J | | |
| 533.  -- | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 534.  -- | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 535.  -- | | | | | Sold<br>(part) | 10/12/20 | J | A | |
| 536.  -- | | | | | Sold<br>(part) | 10/13/20 | J | A | |
| 537.  Sempra Energy 5.75% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 538.  -- | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 539.  Signature Bank NY 5% PFD (Series A) | A | Dividend | J | T | Buy | 12/17/20 | J | | |
| 540.  -- | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 541.  -- | | | | | Buy<br>(add'l) | 12/28/20 | J | | |
| 542.  Site Ctrs. Corp. 6.375% PFD (Class A) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 543.  Southern Co. 4.2% PFD | A | Dividend | J | T | Buy | 09/21/20 | J | | |
| 544.  -- | | | | | Buy<br>(add'l) | 10/08/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545. Southern Co. 4.95% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 546. -- | | | | | Buy (add'l) | 01/28/20 | J | | |
| 547. -- | | | | | Buy (add'l) | 02/05/20 | J | | |
| 548. -- | | | | | Buy (add'l) | 03/20/20 | J | | |
| 549. Southern Co. 5.25% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 550. Spire Inc. 5.9% PFD (Series A) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 551. -- | | | | | Buy (add'l) | 04/29/20 | J | | |
| 552. Spirit Realty 6% PFD (Series A) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 553. -- | | | | | Buy (add'l) | 04/29/20 | J | | |
| 554. State Street Corp. Varied.PFD (Series D) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 555. -- | | | | | Sold (part) | 02/18/20 | J | A | |
| 556. -- | | | | | Buy (add'l) | 02/24/20 | J | | |
| 557. -- | | | | | Sold (part) | 09/30/20 | J | | |
| 558. -- | | | | | Sold (part) | 10/08/20 | J | A | |
| 559. Sterling Bancorp. 6.5% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 560. Sunstone Hotels 6.95% PFD (Series E) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 561. Synchrony Fin. 5.625% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562. -- | | | | | Buy (add'l) | 06/01/20 | J | | |
| 563. -- | | | | | Buy (add'l) | 06/05/20 | J | | |
| 564. -- | | | | | Buy (add'l) | 09/21/20 | J | | |
| 565. Synovus Finl. Corp. 5.875% PFD | A | Dividend | J | T | Buy | 03/06/20 | J | | |
| 566. -- | | | | | Sold (part) | 08/24/20 | J | | |
| 567. -- | | | | | Sold (part) | 10/06/20 | J | | |
| 568. Truist Finl. 4.75% PFD | A | Dividend | J | T | Buy | 10/08/20 | J | | |
| 569. -- | | | | | Buy (add'l) | 10/23/20 | J | | |
| 570. -- | | | | | Buy (add'l) | 10/26/20 | J | | |
| 571. Truist Finl. 5.25% PFD | A | Dividend | J | T | Buy | 10/05/20 | J | | |
| 572. Unum Group 6.25% PFD | A | Dividend | | | Buy | 01/27/20 | J | | |
| 573. -- | | | | | Sold (part) | 02/11/20 | J | A | |
| 574. -- | | | | | Sold (part) | 02/12/20 | J | | |
| 575. -- | | | | | Sold (part) | 04/07/20 | J | | |
| 576. -- | | | | | Sold (part) | 04/28/20 | J | | |
| 577. -- | | | | | Sold | 04/29/20 | J | | |
| 578. US Bancorp. Del. PFD (Series B) | A | Dividend | J | T | Buy | 08/19/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579.  -- | | | | | Buy (add'l) | 08/20/20 | J | | |
| 580.  US Cellular 5.5% PFD | A | Dividend | J | T | Buy | 12/07/20 | J | | |
| 581.  US Cellular 6.25% PFD | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 582.  Vereit Inc. 6.7% PFD (Series F) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 583.  -- | | | | | Sold (part) | 03/06/20 | J | | |
| 584.  -- | | | | | Redeemed (part) | 07/22/20 | J | | |
| 585.  -- | | | | | Redeemed (part) | 09/21/20 | J | | |
| 586.  Voya Fin. Inc. 5.35% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 587.  -- | | | | | Sold (part) | 02/11/20 | J | A | |
| 588.  -- | | | | | Sold (part) | 02/12/20 | J | A | |
| 589.  -- | | | | | Sold (part) | 03/06/20 | J | | |
| 590.  -- | | | | | Sold (part) | 03/09/20 | J | | |
| 591.  -- | | | | | Sold (part) | 12/17/20 | J | A | |
| 592.  -- | | | | | Sold (part) | 12/18/20 | J | A | |
| 593.  Wells Fargo & Co. 6% PFD Perp. Mat. | A | Dividend | | | Buy | 01/27/20 | J | | |
| 594.  -- | | | | | Sold | 03/18/20 | J | | |
| 595.  Wells Fargo & Co. 6% PFD Part. Call 9/15/19 | A | Dividend | | | Buy | 01/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. -- | | | | | Redeemed | 03/16/20 | J | | |
| 597. Wells Fargo & Co. 6% PFD Non-Cum (Series V) | A | Dividend | | | Buy | 01/27/20 | J | | |
| 598. -- | | | | | Sold (part) | 02/24/20 | J | | |
| 599. -- | | | | | Sold | 03/06/20 | J | | |
| 600. Wells Fargo & Co. 5.625% PFD (Series Y) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 601. -- | | | | | Buy (add'l) | 03/20/20 | J | | |
| 602. Wells Fargo & Co. 4.75% PFD (Series Z) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 603. -- | | | | | Buy (add'l) | 01/28/20 | J | | |
| 604. -- | | | | | Buy (add'l) | 02/11/20 | J | | |
| 605. -- | | | | | Buy (add'l) | 02/24/20 | J | | |
| 606. Wells Fargo & Co. 5.7% PFD (Series W) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 607. -- | | | | | Sold (part) | 03/06/20 | J | | |
| 608. Wells Fargo Var. PFD Fixed FLT (call 9/15/23) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 609. Wells Fargo Var. PFD Fixed FLT (call 3/15/24) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 610. Wells Fargo & Co. 5.125% PFD (Series O) Non-Cum Class A | A | Dividend | | | Buy | 01/27/20 | J | | |
| 611. -- | | | | | Sold | 07/14/20 | J | | |
| 612. WR Berkley Co. 5.75% PFD | A | Dividend | J | T | Buy | 01/27/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 8/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan N. Bloch**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544